# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL AUTO GROUP, a corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BURLINGTON INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-05926-TJH-MARx<br><br>Judge:  Hon. Terry J. Hatter<br>Dept:    9C<br><br>**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE**<br>**[193]  [JS-6]** |

Having reviewed and considered the Stipulation Of Dismissal Of The Entire Action With Prejudice Pursuant To Federal Rules Of Civil Procedure, Rule 41(a)(1)(A)(ii) between Plaintiff UNIVERSAL AUTO GROUP and Defendant THE BURLINGTON INSURANCE COMPANY (collectively, the "Parties"),

///

///

///

**IT IS HEREBY ORDERED THAT:**

1. The above-captioned action in its entirety is dismissed, <u>with prejudice</u>, and

2. The Parties are to bear their own respective attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: JULY 9, 2024

_____
Hon. Terry J. Hatter, Jr.
United States District Judge